Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−29893−SLM
                Chapter:  7
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Taewoo Kim                                    Eunyoung Kim
   aka Tom Kim                               114 The Promenade
   114 The Promenade                     Edgewater, NJ 07020
   Edgewater, NJ 07020

Social Security No.:
   xxx−xx−0649                                 xxx−xx−2742

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 30, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 30, 2018
JAN: rah

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-29893-SLM
Taewoo Kim                                                          Chapter 7
Eunyoung Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1            Date Rcvd: Oct 30, 2018
                                Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.
```
db/jdb         +Taewoo Kim,    Eunyoung Kim,    114 The Promenade,    Edgewater, NJ 07020-2104
517829813      +Capital Bank,    5505 Nesconset Highway,    Suite 203,    Mt Sinai, NY 11766-2026
517829814      +Deutsche Bank National Trust Company,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
517798810      +J & J Sports Productions Inc,    5505 Nesconset Highway, Suite 203,    MT. Sinai, NY 11766-2026
517829816      +Medical_Bergen Pain,    5505 Nesconset Highway,    Suite 200,    Mt Sinai, NY 11766-2026
517829811      +PNC Bank,    PO Box 1099,    Langhorne, PA 19047-6099
517829812      +PSEG,    PO Box 9004,    Renton, WA 98057-9004
517798809      +PSEG/,    AARGON AGENCY,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
517798805      +The Promenade,    Po Box 11967,    Newark, NJ 07101-4967
517798806      +US Bank,    BSI Financial Services,    314 South Franklin St,    Po Box 517,
                 Titusville, PA 16354-0517
517829815      +US Bank National Association,    1040 North Kings Highway,    Suite 407,,
                 Cherry Hills, NJ 08034-1925
517798808      +Verizon Wireless/,    Jefferson Capital System,    Po Box 25759,    Greenville, SC 29616-0759
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2018 23:49:42      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2018 23:49:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517798807     ##+Select Portfolio Services,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com, nj45@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
               on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
                kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```