# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-29893 |
|---|---|---|
| Taewoo Kim and Eunyoung Kim | Hearing Date: | 12/04/2018 at 10:00 a.m. |
| | Chapter: | 7 |
| | Judge: | Stacey L. Meisel |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Stacey L. Meisel__, United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Vacate Dismissal of Case

**Location of Hearing:** Courtroom No. 3A
United States Bankruptcy Case
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

**Date and Time:** December 4, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: November 6, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
    Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __November 6__, 20__18__ this notice was served on the following: Debtor, Joint Debtor, Standing Trustee and all parties receiving electronic notification.

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
    Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-29893-SLM
Taewoo Kim                                                              Chapter 7
Eunyoung Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Nov 06, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
db/jdb         +Taewoo Kim,    Eunyoung Kim,    114 The Promenade,    Edgewater, NJ 07020-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
               on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3