Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29893−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Taewoo Kim
aka Tom Kim
114 The Promenade
Edgewater, NJ 07020

Eunyoung Kim
114 The Promenade
Edgewater, NJ 07020

Social Security No.:
  xxx−xx−0649                                                   xxx−xx−2742

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on December 6, 2018 has been vacated effective December 6, 2018.

Dated: December 6, 2018
JAN: apc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29893-SLM
Taewoo Kim                                                                Chapter 7
Eunyoung Kim
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Dec 06, 2018
                              Form ID: 149             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db/jdb         +Taewoo Kim,    Eunyoung Kim,    114 The Promenade,    Edgewater, NJ 07020-2104
517829813      +Capital Bank,    5505 Nesconset Highway,    Suite 203,    Mt Sinai, NY 11766-2026
517905476       Capital Bank,    1680 Capital Credit Drive,    McLean, VA 22102
517863283      +Deutsche Bank National Trust Co.,    Select Portfolio Servicing, Inc.,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517829814      +Deutsche Bank National Trust Company,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
517798810      +J & J Sports Productions Inc,    Attn: Paul J. Hooten, Esq.,    5505 Nesconset Highway, Suite 203,
                 MT. Sinai, NY 11766-2026
517829816      +Medical_Bergen Pain,    5505 Nesconset Highway,    Suite 200,    Mt Sinai, NY 11766-2026
517829811      +PNC Bank,    PO Box 1099,    Langhorne, PA 19047-6099
517829812      +PSE&G,    Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
517798809      +PSEG/,    AARGON AGENCY,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
517798805      +The Promenade,    Po Box 11967,    Newark, NJ 07101-4967
517863240       The Promenade II Condo Assoc.,    Pashman Stein, P.C.,    Court Plaza South,
                 Hackensack, NJ 07601
517863282      +U.S.Bank National Assoc.,    Rushmore Loan Mgmt.,    PO Box 52708,    Irvine, CA 92619-2708
517798806      +US Bank,    BSI Financial Services,    314 South Franklin St,    Po Box 517,
                 Titusville, PA 16354-0517
517829815      +US Bank National Association,    1040 North Kings Highway,    Suite 407,,
                 Cherry Hills, NJ 08034-1925
517798808      +Verizon Wireless/,    Jefferson Capital System,    Po Box 25759,    Greenville, SC 29616-0759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2018 00:36:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2018 00:36:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517798807      +E-mail/Text: jennifer.chacon@spservicing.com Dec 07 2018 00:38:04      Select Portfolio Services,
                 PO Box 65250,    Salt Lake City, Utah 84165-0250
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
               on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3