Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−29893−SLM
        Chapter: 7
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Taewoo Kim | Eunyoung Kim |
| aka Tom Kim | 114 The Promenade |
| 114 The Promenade | Edgewater, NJ 07020 |
| Edgewater, NJ 07020 | |

Social Security No.:
  xxx−xx−0649                                                   xxx−xx−2742

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 4, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 4, 2019
JAN: apc

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-29893-SLM
Taewoo Kim                                                             Chapter 7
Eunyoung Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jan 04, 2019
                               Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
```
db/jdb         +Taewoo Kim,    Eunyoung Kim,    114 The Promenade,    Edgewater, NJ 07020-2104
517829813      +Capital Bank,    5505 Nesconset Highway,    Suite 203,    Mt Sinai, NY 11766-2026
517905476       Capital Bank,    1680 Capital Credit Drive,    McLean, VA 22102
517863283      +Deutsche Bank National Trust Co.,    Select Portfolio Servicing, Inc.,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517829814      +Deutsche Bank National Trust Company,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
517798810      +J & J Sports Productions Inc,    Attn: Paul J. Hooten, Esq.,    5505 Nesconset Highway, Suite 203,
                 MT. Sinai, NY 11766-2026
517829816      +Medical_Bergen Pain,    5505 Nesconset Highway,    Suite 200,    Mt Sinai, NY 11766-2026
517829811      +PNC Bank,    PO Box 1099,    Langhorne, PA 19047-6099
517829812      +PSE&G,    Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
517798809      +PSEG/,    AARGON AGENCY,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
517798805      +The Promenade,    Po Box 11967,    Newark, NJ 07101-4967
517863240       The Promenade II Condo Assoc.,    Pashman Stein, P.C.,    Court Plaza South,
                 Hackensack, NJ 07601
517863282      +U.S.Bank National Assoc.,    Rushmore Loan Mgmt.,    PO Box 52708,    Irvine, CA 92619-2708
517798806      +US Bank,    BSI Financial Services,    314 South Franklin St,    Po Box 517,
                 Titusville, PA 16354-0517
517829815      +US Bank National Association,    1040 North Kings Highway,    Suite 407,,
                 Cherry Hills, NJ 08034-1925
517798808      +Verizon Wireless/,    Jefferson Capital System,    Po Box 25759,    Greenville, SC 29616-0759
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 23:29:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 23:29:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517798807      +E-mail/Text: jennifer.chacon@spservicing.com Jan 04 2019 23:30:35      Select Portfolio Services,
                 PO Box 65250,    Salt Lake City, Utah 84165-0250
                                                                                              TOTAL: 3
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2019 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
               on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```