UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Kim, Taewoo & Eunyoung**    Case No.:    **18-29893-SLM**

Chapter:    **7**

Judge:    **Stacey L. Meisel**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on April 16, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property:  **114 Promenade, Edgewater, New Jersey**<br><br>**Current  Market Value of Property: $520,000.00**<br>**Estimated Cost of Sale:  $52,000.00** |
|---|

| Liens on property:  **US Bank: $1,019,638.00** |
|---|

| Amount of equity claimed as exempt: |
|---|

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                                  Case No. 18-29893-SLM
Taewoo Kim                                                              Chapter 7
Eunyoung Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Mar 18, 2019
                              Form ID: pdf905          Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db/jdb         +Taewoo Kim,    Eunyoung Kim,    114 The Promenade,    Edgewater, NJ 07020-2104
cr             +The Promenade II Condominium Association, Inc.,    Attn: David J. Byrne, Esquire,
                 214 Carnegie Center,    Suite 112,    Princeton, NJ 08540-6237
517829813      +Capital Bank,    5505 Nesconset Highway,    Suite 203,   Mt Sinai, NY 11766-2026
517905476       Capital Bank,    1680 Capital Credit Drive,    McLean, VA 22102
517863283      +Deutsche Bank National Trust Co.,    Select Portfolio Servicing, Inc.,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517829814      +Deutsche Bank National Trust Company,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
517798810      +J & J Sports Productions Inc,    Attn: Paul J. Hooten, Esq.,    5505 Nesconset Highway, Suite 203,
                 MT. Sinai, NY 11766-2026
517829816      +Medical_Bergen Pain,    5505 Nesconset Highway,    Suite 200,   Mt Sinai, NY 11766-2026
517829811      +PNC Bank,    PO Box 1099,    Langhorne, PA 19047-6099
517829812      +PSE&G,   Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
517798809      +PSEG/,   AARGON AGENCY,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
517798805      +The Promenade,    c/o Foremost Management,    PO Box 627,   1F Central Building,
                 Palisades Park, NJ 07650-0627
517863240       The Promenade II Condo Assoc.,    Pashman Stein, P.C.,    Court Plaza South,
                 Hackensack, NJ 07601
517863282      +U.S.Bank National Assoc.,    Rushmore Loan Mgmt.,    PO Box 52708,   Irvine, CA 92619-2708
517798806      +US Bank,   BSI Financial Services,    314 South Franklin St,    Po Box 517,
                 Titusville, PA 16354-0517
517829815      +US Bank National Association,    1040 North Kings Highway,    Suite 407,,
                 Cherry Hills, NJ 08034-1925
517798808      +Verizon Wireless/,    Jefferson Capital System,    Po Box 25759,   Greenville, SC 29616-0759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2019 23:32:10      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2019 23:32:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517798807      +E-mail/Text: jennifer.chacon@spservicing.com Mar 18 2019 23:32:20      Select Portfolio Services,
                 PO Box 65250,   Salt Lake City, Utah 84165-0250
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Elysa D Bergenfeld    on behalf of Creditor    The Promenade II Condominium Association, Inc.
               edb@ansellgrimm.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
               on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 18, 2019
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                      TOTAL: 6