UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for U.S Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns

Order Filed on March 26, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Taewoo Kim
Eunyoung Kim

Case No. 18-29893
Chapter 7
Hearing: March 26, 2019

Judge: MEISEL

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: March 26, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors: Taewoo Kim and Eunyoung Kim
Case No:  18-29893-SLM
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of U.S Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*114 Promenade, Edgewater, New Jersey 07020*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion